IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JANE DOE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 1:17 cv 01034 |
| v. ) | |
| ) | |
| MICHIGAN STATE UNIVERSITY; ) | |
| MICHIGAN STATE UNIVERSITY BOARD OF ) | |
| TRUSTEES; LOU ANNA SIMON in her individual ) | |
| and official capacities; ) | |

Defendants.

**STIPULATION AND ORDER EXTENDING TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS' RULE 12 MOTION TO DISMISS**

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for Plaintiff, and Defendants Michigan State University, et al, that the deadline for the Plaintiff to file a response to Defendants' Rule 12 Motion to Dismiss is extended from Tuesday, August 7, 2018 to Tuesday, August 21, 2018.  Defendants' Response brief is due on September 4, 2018.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

**IT IS SO STIPULATED** this 7th day of August, 2018**.**

*/s/ Karen Truszkowski*  
_____  
Karen Truszkowski, Esq. (P56929)  
Temperance Legal Group  
PLLC 503 Mall Court #131  
Lansing, MI 48912  
1-844-534-2560  
Karen@temperancelegalgroup.com  

Julie A. Jacot, Esq.  
Jacot Law PLLC  
1044 N. Irish Road, Suite A  
Davidson, MI 48423  
810-653-9526  
juliejacotlaw@gmail.com  

*Attorneys for Plaintiff*

*/s/ Michael E. Baughman*  
_____  
Michael E. Baughman, Esq.  
Attorney I.D. No. 78690  
baughmam@pepperlaw.com  
Kristin H. Jones, Esq.  
Attorney I.D. No. 85725  
joneskh@pepperlaw.com  
PEPPER HAMILTON LLP  
3000 Two Logan Square  
Eighteenth & Arch Streets  
Philadelphia, PA  19103-2799  
(215) 981-4000  

Matthew J. Lund, Esq. (P48632)  
PEPPER HAMILTON LLP  
4000 Town Center, Suite 1800  
Southfield, Michigan 48075  
(248) 359-7370  
lundm@pepperlaw.com  

*Attorneys for Defendants*  
*Michigan State University*  
*and Unidentified Roe*

**IT IS SO ORDERED.**

_____  
Hon. Janet Neff  
U.S. District Court Judge

Dated:  _____

2

## CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2018, I electronically filed the foregoing Stipulation and Order Extending the Plaintiff's Time to Respond to the Defendants' Rule 12 Motion to Dismiss, with the Clerk of the Court using the CM/ECF system, which sent notification of the filing to all counsel of record.

/s/ *Julie A. Jacot*_____
Julie A. Jacot
Attorney for Plaintiff
Jacot Law PLLC
1044 Irish Road
Davison MI 48423
810-653-9526 Phone
810-658-2444 Fax
Juliejacotlaw@gmail.com